are contrary to the spirit and intent of the legislature in providing a summary remedy. Especially in this case is this so, as the statute* directs the landlord to verify a bill of particulars by means of which the question of the unreasonableness of the rent can be more speedily determined. Order reversed, with ten dollars costs and disbursements, and motion to vacate the notice of examination granted, with ten dollars costs. Blackmar, P. J., Kelly and Jaycox, JJ., concur; Rich and Young, JJ., dissent.

WILLIAM TELFORD DUNCAN and CHARLES F. FESSENDEN, Copartners, etc., Respondents, v. WOHL, SOUTH & Co., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

A. LOUISE ELDERING, Respondent, v. N. E. VAIL & COMPANY, INC., Appellant, and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

EMMA FEASER, Respondent, v. WILLIAM FEASER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

JOHN J. GOODWIN and AGNES E. GOODWIN, His Wife, Appellants, v. CHARLES J. O'BRIEN, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

YETTA GOROFSKY, Respondent, v. LOUIS GOROFSKY, Appellant.— Order modified so as to provide that defendant pay to the plaintiff alimony for the support and maintenance of herself and child at the rate of $15 per week from the 15th day of May, 1922, and counsel fee of $100, one-half payable upon the entry of the order hereon and the balance at the opening of the trial. Any payments made by defendant under the order of the Domestic Relations Court which are due after May 15, 1922, to be credited to him on account of the alimony herein provided for. As so modified, order affirmed, without costs. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

FRED W. GRAVENHORST, Respondent, v. LEOPOLD ZIMMERMANN and Others, Composing the Firm of ZIMMERMANN & FORSHAY, Appellants.— Order granting plaintiff's motion for summary judgment,† and judgment entered thereon, unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

THOMAS H. GREEN, Respondent, v. JOHN SAHR, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Kelly, Jaycox, Kelby and Young, JJ., concur.

ALFRED T. HOBLEY, Appellant, v. NEPTUNE BOILER & MACHINE WORKS, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

In the Matter of the Probate of the Nuncupative Will of AUGUST WALTER BUSS, Late of the County of Richmond. WILLIAM FRANK, Administrator, etc.,

---

* See Civ. Prac. Act, § 1410, subds. 2, 2-a, added by Laws of 1921, chap. 199, as amd. by Laws of 1921, chap. 371. See, also, Laws of 1920, chaps. 136, 944, as amd. by Laws of 1921, chap. 434. Since amd. by Laws of 1922, chaps. 663, 664.— [REP.

† See Rules of Civil Practice, rule 113.— [REP.

of MARY FRANK, Deceased, Appellant; RANDINE KARLSEN, Respondent. (Appeal No. 1.) — Decree of the Surrogate's Court of Richmond county affirmed, without costs. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

In the Matter of the Probate of the Nuncupative Will of AUGUST WALTER BUSS, Late of the County of Richmond. WILLIAM FRANK, Individually and as Administrator, etc., of MARY FRANK, Deceased, Appellant; RANDINE KARLSEN, Respondent. (Appeal No. 2.) — Order denying motion to resettle order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

In the Matter of the Petition of MICHAEL CRANE, Respondent, to Prove the Last Will and Testament of PATRICK CRANE, Deceased. MARY A. ROUSE and Others, Appellants.— Decree of the Surrogate's Court of Kings county affirmed, with costs. No opinion. Blackmar, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

In the Matter of the Estate of ROBERT DAVIS, JR., Deceased. AARON DAVIS, as Coadministrator and as Attorney in Fact of ROBERT DAVIS, etc., Appellant; SARAH H. CORWITH and Another, Administrators, etc., Respondents.— Order of the Surrogate's Court of Suffolk county unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

In the Matter of the Application of ADELE MELLOR, Respondent, for a Writ of Habeas Corpus for the Discharge of HELEN G. MELLOR, v. MARY HINKLEY, Superintendent of the New York Training School for Girls at Hudson, N. Y., Appellant, Impleaded with Another.— Order reversed, and defendant discharged, on the ground that the petition was insufficient to warrant the issuance of the writ. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

In the Matter of the Petition of AMY B. PALMER, Respondent, to Modify Judgment of Divorce between Said AMY B. PALMER and LOWELL M. PALMER, JR., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Kelly, Jaycox, Kelby and Young, JJ., concur.

IRVING LASH, Appellant, v. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA and DORFMAN REALTY COMPANY, INC., Respondents, Impleaded with JOSEPH SIMON and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

CATHERINE MARA, Plaintiff, v. LEBANON TERRACE BUILDERS, INC., and Others, Defendants, Impleaded with HENRY C. ROSE, Appellant. (Actions 1 and 2.) JOHN E. L. BEALS, Plaintiff, v. LEBANON TERRACE BUILDERS, INC., and Others, Defendants, Impleaded with HENRY C. ROSE, Appellant. (Actions 1 and 2.) (Appeal No. 1.) — Order of the County Court of Queens county, vacating previous order obtained ex parte, affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

CATHERINE MARA, Plaintiff, v. LEBANON TERRACE BUILDERS, INC., and Others, Defendants, Impleaded with HENRY C. ROSE, Appellant. (Actions 1 and 2.) JOHN E. L. BEALS, Plaintiff, v. LEBANON TERRACE BUILDERS, INC.,